IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARENIA M. REAPER, | ) | 4:12CV3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON DEFENDANTS' SECOND |
| v. | ) | UNOPPOSED MOTION FOR EXTENSION |
| | ) | OF TIME TO RESPOND TO PLAINTIFF'S |
| MICHAEL J. ASTRUE, Commissioner of | ) | BRIEF |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed "Defendants's (sic) Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief," ECF No. 22, requesting an extension until September 19, 2012, in which to file and serve its response to plaintiff's brief.

IT IS ORDERED that:

1. the defendant's motion for extension of time to respond, ECF No,. 22, is granted;

2. the defendant shall have on or before September 19, 2012, to file and serve its response brief;

3. within one week after the defendant's response brief is filed and served, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated August 20, 2012.

BY THE COURT

Warren K. Urbom
United States Senior District Judge